■ SERVOMATION CORP., Appellant, v STATE TAX COMMISSION, Respondent.—Appeal from an order of the Supreme Court at Special Term, entered May 21, 1979 in Albany County, which denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint. Order reversed, on the law, and plaintiff's motion for summary judgment granted, with costs *(Matter of Burger King v State Tax Comm., 70 AD2d 447)*. Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur. [99 Misc 2d 570.]

■ In the Matter of HARRY C. EATON, Appellant, v COUNTY OF BROOME, Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered April 16, 1979 in Broome County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to reinstate petitioner, with back pay, to the position of nursing home administrator. Judgment affirmed, without costs, on the opinion of Mr. Justice Zeller at Special Term. Greenblott, J. P., Staley, Jr., Main, Mikoll and Herlihy, JJ., concur.